JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RIVAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00815-JLT-BAM<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER FOR THIRD EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 11-day extension of time, from February 13, 2023 to February 24, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's third request for an extension of time.  Good cause exists for the requested extension. For the weeks of January 31, 2023 and February 6, 2023, Counsel currently has 32 merit briefs, and several letter briefs and reply

1

briefs.  Additional time is needed to thoroughly brief this matter for the Court.  Lastly, Counsel for Plaintiff continues to be on partial leave, working limited hours for the months of January through March of 2023 (with a possible extension).

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 30, 2023    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: January 30, 2023    PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

By:  *\*/s/ Caspar Chan*
    Caspar Chan
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on Jan. 30, 2023)

## **ORDER**

Pursuant to stipulation and good cause appearing, Plaintiff shall have an 11-day extension of time to serve Defendant with Plaintiff's Motion for Summary Judgment. Plaintiff shall now serve his Motion for Summary Judgment on or before February 24, 2023.

IT IS SO ORDERED.

Dated: **January 31, 2023**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE